572 A.2d 589

IN THE MATTER OF WILLIAM L. MUCKELROY, AN
ATTORNEY AT LAW.

January 16, 1990.

## ORDER

This matter having been submitted to the Court on the report
of the Disciplinary Review Board that WILLIAM L. MUCKEL-
ROY, of TRENTON, who was admitted to the Bar of this State
in 1975, be publicly reprimanded based on its determination that
respondent's conduct in 1983 and 1984, in attempting to collect
a legal fee from an indigent whom he was assigned to repre-
sent, was unethical and in violation of *DR* 1–102(A)(4) and (5)
and superseding *RPC* 8.4(c) and (d), and good cause appearing;

It is ORDERED that the findings and recommendation of the
Disciplinary Review Board are adopted and respondent is here-
by publicly reprimanded; and it is further

ORDERED that the Decision and Recommendation of the
Disciplinary Review Board, together with this order and the full
record of the matter, be added as a permanent part of the file

of said WILLIAM L. MUCKELROY as an attorney at law of the State of New Jersey; and it is further

ORDERED that WILLIAM L. MUCKELROY reimburse the Ethics Financial Committee for appropriate administrative costs.